IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL L LITTLE,
ADC # 138822                                                            PLAINTIFF

v.                          No. 5:16-cv-237-DPM-JTK

VERNON ROBINSON, Building Major,
Cummins Unit, ADC; and
J COLEMAN, Captain, Cummins Unit, ADC                                   DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Little hasn't paid the $400 filing and administrative fees or filed a motion for leave to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2016