IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL L LITTLE,
ADC # 138822                                                          PLAINTIFF

v.                          No. 5:16-cv-237-DPM

VERNON ROBINSON, Building Major,
Cummins Unit, ADC; and
J COLEMAN, Captain, Cummins Unit, ADC                 DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2016